

**The McMillan Firm**
240 W 35th Street Suite 405
New York, NY 10001
646-559-8314

May 23, 2023

**VIA ECF**
Honorable Ona T. Wang
Daniel Patrick Moynihan Courthouse
500 Pearl St., Courtroom 20D
New York, NY 10007

**MEMO ENDORSED.**

Re:   *Guillory v. Source Digital, Inc.* (1:23-cv-1333)(PAE)(OTW)

Your Honor,

We represent Defendant in the above-referenced case. We write, together with Plaintiff Robert Guillory, and pursuant to Your Honor's Individual Practice Rule 1.e, to request an adjournment of the Initial Pretrial Conference from its currently scheduled date of June 1, 2023 (Dkt. Entry 14) to either June 20, 2023, June 27, 2023, or such later date as is convenient for the Court.

The reason for our request is that the attorney who has been handling this case on Defendant's behalf is leaving the firm and thus unavailable to attend, and of the two remaining attorneys in the firm, one has a conference scheduled before Judge Hellerstein at the same date and time as the Initial Conference in this case, and the other will be traveling out of the state.

Plaintiff has consented to this request. The parties have not previously requested any adjournment or extension in this matter.

Respectfully submitted,

/s Matthew F. Abbott
Matthew F. Abbott
THE MCMILLAN FIRM
240 W. 35th, Suite 405
New York, NY 10001
Telephone: (646) 559-8314
Email: matthew@thenorthstargroup.biz

Cc: All counsel of record (via ECF)

**Application GRANTED.** The Initial Case Management Conference previously scheduled for June 1, 2023 is hereby adjourned to **Tuesday, June 27, 2023 at 11 a.m.**
**SO ORDERED.**

_____
Ona T. Wang          5/24/23
U.S.M.J.